IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:20-PO-00476-1-HBK |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| RAYMART AQUINO, | ) | |
| Defendant. | ) | |

At the Initial Appearance held in this matter on July 13, 2021, the Court found Defendant, who seeks appointment of counsel, is financially unable to obtain counsel and the interests of justice warrant appointment of counsel in this matter pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A.

Accordingly, it is **ORDERED**:

Carol A. Moses is appointed to represent Defendant effective *nunc pro tunc* to July 14, 2021 in place of the Federal Defenders Office. This appointment shall remain in effect until further order of this Court.

Dated: July 15, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE