# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:20-po-00476 HBK |
| RAYMART A. AQUINO | ) |
| | ) |
| *Defendant* | ) |

**ORDER
PURSUANT TO THE PARTIES
DEFERRED JUDGMENT AGREEMENT**

The defendant having pled guilty to an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.

Date:   12/15/2021                                      /s/ Helena Barch-Kuchta
                                                        **Helena Barch-Kuchta**
                                                        *United States Magistrate Judge*

AO 246 (Rev. 01/14)  Probation Order Under 18 U.S.C. § 3607 (Page 2)

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of unsupervised probation by 12/15/2022.

2. The defendant shall pay $460.00 fine, $30.00 processing fee, and $10.00 special assessment for a total payment of $500.00. The first $250.00 is due on or before 5/16/2022 and the second $250.00 is due on or before 10/15/2022.

   CENTRAL VIOLATIONS BUREAU
   PO BOX 780549
   San Antonio, TX 78278
   1-800-827-2982-or-
   Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

   Citation #E1161905 Location Code CA 76

3. The defendant shall report to the US Marshals office for post plea booking within 30 days or by 1/15/2022.

4. The defendant shall abstain from the possession or use of any controlled substance unless it is prescribed by a medical doctor.

5. The defendant is ordered to personally appear for Probation Review Hearings on 6/14/2022 AND 11/15/2022 at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.

6. Two weeks before each Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on Judge Barch-Kuchta's webpage. Prior only to the final Review Hearing, if defendant is in full compliance and the government agrees, defendant may move to vacate the final Review Hearing and early terminate probation.

   (See Defendant's Probation Review Status Report -attached)