# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAYMART AQUINO, ) <br> ) <br> Defendant. ) <br> ) | Case No. 6:20-po-00476-HBK-1 <br><br> **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 2.35(b)(2) Possession of a Controlled Substance

**Sentence Date:** December 15, 2021

**Review Hearing Date:** June 14, 2022

**Probation Expires On:** December 15, 2022

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500.00 which Total Amount is made up of a Fine: $ 460.00 Special Assessment: $ 10.00 Processing Fee: $ 30.00 Restitution: $

☒ Payment schedule of $ 250.00 by 5/16/2022; $250.00 by 10/14/2022 per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Obey All Laws, Post-Conviction Booking

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 340.00
☐ If not paid in full when was last time payment: Date: 4/13/2022
Amount: $340.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: There have been no arrests, or adverse contacts with law enforcement. Mr. Aquino has obeyed all laws & completed post-conviction booking.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☐    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 6/14/2022 at    Choose an item.

      ☒    be continued to 11/15/2022 at 10:00 a.m.; or

      ☐    be vacated.

☒    that Defendant's appearance for the review hearing be waived.

DATED: 6/13/2022    /s/ Carol Moses
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the First Review Hearing be vacated.

☐    DENIED.

Dated:  June 13, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE